

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2020

No. 04-20-00474-CV

Raymond **MONTES,**
Appellant

v.

Rudolfo Buentello **MONTES,**
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-03-25678-CV
The Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Appellee's brief was due by December 28, 2020. On that day, appellee filed a motion requesting a forty-five day extension of time to file his brief. After consideration, we **GRANT** appellee's motion and **ORDER** appellee to file his brief **by February 11, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court